424 A.2d 495

**COMMONWEALTH of Pennsylvania**

v.

**Robert MORTON, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1980.

Decided Jan. 27, 1981.

Lawrence S. Rosenwald, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Nancy Wasser, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Philadelphia is affirmed.